Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Medtronic, Inc. v. Lifeport Sciences LLC

No. 15-1862

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se      [✔] As counsel for:      Medtronic Vascular, Inc., Medtronic, Inc.
                                         Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✔] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant      [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | James J. Elacqua |
| Law firm: | Skadden, Arps, Slate, Meagher & Flom LLP |
| Address: | 525 University Avenue, Suite 1400 |
| City, State and ZIP: | Palo Alto, CA  94301 |
| Telephone: | 650-470-4500 |
| Fax #: | 650-470-4570 |
| E-mail address: | james.elacqua@skadden.com |

Statement to be completed by counsel only (select one):

[✔] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): *May 4, 1984*

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes     [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

*August 3, 2015*
Date

Signature of pro se or counsel

cc: _____

# CERTIFICATE OF SERVICE

## UNITED STATES COURT OF APPEAL: 15-1862

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 525 University Avenue, Fourteenth Floor, Palo Alto, CA 94301; and my email address is alissa.turnipseed@skadden.com.

On August 5, 2015, I caused to be served the following document(s) described as:

**NOTICE OF APPEARANCE FOR JAMES ELACQUA**

on the interested parties in this action by emailing a true copy thereon as follows:

*Via* The Court's electronic filing system and electronic mail

Cary Kappel
Davidson, Davidson & Kappel, LLC
485 Seventh Avenue
New York, New York  10018
Email:  ckappel@ddkpatent.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 5, 2015, at Palo Alto, California.

_____
Alissa Turnipseed