Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Medtronic, Inc. et al.   v. Lifeport Sciences, LLC

No. 15-1862

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se      ☑ As counsel for:   Lifeport Sciences, LLC
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☑ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name:                Cary Kappel
Law firm:            Davidson, Davidson & Kappel, LLC
Address:             589 8th Avenue
City, State and ZIP: New York, NY 10018
Telephone:           212-736-1257
Fax #:               212-736-2427
E-mail address:      ckappel@ddkpatent.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): July 7, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

8/11/15
Date                                    Signature of pro se or counsel

cc: _____

# CERTIFICATE OF SERVICE

I certify that on August 11, 2015, I served a copy of the foregoing document on counsel of record for Appellant by CM/ECF:

>James K. Elacqua
>Skadden, Arps, Slate, Meagher & Flom LLP
>525 University Avenue, Suite 1400
>Palo Alto, CA 94301
>James.elacqua@skadden.com

>  /Cary Kappel/
> Cary Kappel
> Davidson, Davidson & Kappel, LLC
> 589 8th Avenue
> New York, NY 10018

*Counsel for Appellee*
LIFEPORT SCIENCES LLC