NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDTRONIC, INC., MEDTRONIC VASCULAR, INC.,**
*Appellants*

v.

**LIFEPORT SCIENCES LLC,**
*Appellee*

---

2015-1862

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00288.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to extend by 30 days, to December 9, 2015, the time to file the appellee's response brief and to extend by 30 days, to January 27, 2016, the time to file the appellants' reply brief,

IT IS ORDERED THAT:

The motion is granted.

                                         FOR THE COURT

                                         /s/ Daniel E. O'Toole
                                         Daniel E. O'Toole
                                         Clerk of Court

s31