FORM 8. Entry of Appearance                                                                Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Medtronic, Inc.    v.    Lifeport Sciences, LLC

No. 15-1862

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Lifeport Sciences, LLC
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: David Petroff
Law Firm: Davidson, Davidson & Kappel, LLC
Address: 589 8th Avenue
City, State and Zip: New York, NY 1018
Telephone: 212-736-1940
Fax #: 212-736-2427
E-mail address: dpetroff@ddkpatent.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
    ☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  11/24/15        Signature of pro se or counsel  [signature]

cc: _____

# CERTIFICATE OF SERVICE

I certify that on November 24, 2015, I served a copy of the foregoing document on counsel of record for Appellant by CM/ECF:

>James K. Elacqua
>Skadden, Arps, Slate, Meagher & Flom LLP
>525 University Avenue, Suite 1400
>Palo Alto, CA 94301
>James.elacqua@skadden.com

>    /David Petroff/
>David Petroff
>Davidson, Davidson & Kappel, LLC
>589 8th Avenue
>New York, NY 10018
>
>*Counsel for Appellee*
>LIFEPORT SCIENCES LLC